In the Matter of FRANCIS NOWICKI, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.

Argued September 29, 1937; decided October 19, 1937.

*Osmond K. Fraenkel* and *Samuel S. Leibowitz* for appellant.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri* and *Henry J. Shields* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.